# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1502

VERSUS

ANDREW D. WETZEL                                    **DECEMBER 20, 2021**

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          1077-F-2021.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**STAY REQUEST DENIED. WRIT DENIED.** The record of the St. Tammany Parish Clerk's Office shows that the district court is proceeding toward disposition of the "Motion to Proceed Pro Se Pursuant to Feretta v. California."

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT